IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

      Petitioner,           No. CIV S-10-1158 KJM P

   vs.

M. MARTEL,

      Respondent.      ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

      The application attacks a conviction issued by the San Diego Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2    1. This court has not ruled on petitioner's application to proceed in forma
3 pauperis; and

4    2. This matter is transferred to the United States District Court for the Southern
5 District of California.

6 DATED: June 3, 2010.

_____
U.S. MAGISTRATE JUDGE

9 /md
beck1158.108